AO 450 Judgment in a Civil Case

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

WILBUR LANN PITTMAN

V.

GARY SANDOR; MARY FERNANDEZ

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   10cv1083-JM(BLM)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Court dismisses this action sua sponte without prejudice for failing to prepay the $350 filing fee pursuant to 28 U.S.C. § 1914(a).............................................................................................................
.........................................................................................................................................................................

| May 27, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/ T. Lee
(By) Deputy Clerk

ENTERED ON May 27, 2010

10cv1083-JM(BLM)